UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES

   -v-                                                                    No.  25-Mag-2271

NIGEL JOSEPH,

      Defendant.

--------------------------------------------------------x

ORDER

There is a pretrial conference scheduled in this matter on January 14, 2026 at 2:30 pm.  Because the Court has been unable to secure confirmation from both parties regarding the status of the conference, the January 14th conference is canceled.  The conference will be restored if both parties confirm their intent to go forward, and all materials the parties expect the Court to consider in connection with the conference are provided to Chambers, by 5:00 pm on January 12, 2026.  This order will be emailed to counsel immediately and subsequently filed on the docket of any criminal case arising from the proceeding.

   SO ORDERED.

Dated: New York, New York
      January 11, 2026

                           /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            Chief United States District Judge