

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 3, 2026

**BY ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

## MEMO ENDORSED

> Re:   *United States v. Nigel Joseph*, **26 Cr. 32 (LTS)**

Dear Chief Judge Swain:

The Government writes on behalf of the parties to respectfully request a brief adjournment of the status conference currently scheduled in this case for April 14, 2026, until May 7, 2026. The Government requests that the time between today's date and the re-scheduled date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussions regarding a pretrial resolution of this case. Defense counsel consents to this request.

Sincerely,

JAY CLAYTON
United States Attorney

By: _____
     Ryan T. Nees
     Assistant United States Attorney
     Southern District of New York
     ryan.nees@usdoj.gov
     212-637-1595

Cc:    Peter Katz, Esq. (via ECF)

The foregoing request is granted. The pretrial conference in this matter is hereby adjourned from April 14, 2026 to **May 7, 2026 at 11:00 am**. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through May 7, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 29 resolved.

SO ORDERED.
4/6/2026
/s/ Laura Taylor Swain, Chief USDJ